UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA DATON LOFTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00411-JPH-MJD |
| | ) | |
| VIGO COUNTY JAIL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ASSESSING A STRIKE AND DIRECTING ENTRY OF FINAL JUDGMENT**

This action is dismissed for failure to state a claim. The Order of August 11, 2020, dismissed the operative complaint because the plaintiff did not state a viable claim against any named defendant. Dkt. 6. The plaintiff was given a period of time in which to attempt to cure the deficiencies noted in that Order. The deadline has passed and the plaintiff has not responded. Therefore, this action is properly **dismissed** pursuant to 28 U.S.C. § 1915A.

Because the complaint has been dismissed for failure to state a claim, the plaintiff is assessed a strike and notified that upon the receipt of three total strikes, he will not be permitted to proceed *in forma pauperis* in future litigation unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Judgment dismissing this action shall now issue.

**SO ORDERED.**

Date: 10/7/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOSHUA DATON LOFTSON
31685
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807